# IN THE SUPREME COURT OF PENNSYLVANIA
## WESTERN DISTRICT

JOSEPH E. HUDAK, AND CHURCHILL VALLEY OBLIGATIONS FULFILLMENT COMPANY, LLC,

           Petitioners

        v.

FRANK ZOKAITES AND ZOKAITES PROPERTIES, LP,

           Respondents

: No. 70 WM 2016
:
:
:
:
:
:
:
:
:
:
:
:
:
:
:
:

## ORDER

**PER CURIAM**

    **AND NOW**, this 6th day of September, 2016, the "Motion for Ruling on Timeliness of Petition for Allowance of Appeal" is **DENIED**.